# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

December 7, 2012

By the Court:

**Nos**. 11-3822 & 11-3824

UNITED STATES OF AMERICA,
*Plaintiff-Appellee,*

v.

LACEY PHILLIPS and ERIN HALL,
*Defendants-Appellants.*

Appeals from the United States District Court for the Western District of Wisconsin.

No. 11-cr-12-bbc
Barbara B. Crabb, *Judge.*

## Order

The petition for rehearing en banc is granted. The panel's opinion and judgment are vacated. A date for oral argument will be set by separate order.